IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMO MILLICENT LEWIS ST. JOHN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 14-1621 |

ORDER

NITZA I. QUIÑONES ALEJANDRO, J.

AND NOW, this 15th day of Oct., 2014, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Claimant's Request for Review is DENIED; and

2. JUDGMENT SHALL BE ENTERED in this case in favor of the Defendant.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.